# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** TIMOTHY D & APRIL L TATSAK
**Case Number:** 14-24264-CMB        **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 28, 2016 11:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/1/16 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#148 - Amended Plan Dated: 6-13-2016 - FC
R / M #:  148 / 0

### *Appearances:*

Debtor: *Willis w/ debtors*
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _12/8/16_ at _11:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: