IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIMOTHY D. TATSAK, JR and<br>APRIL L. TATSAK.<br><br>Debtors. | Bankruptcy No. 14-24264-CMB<br><br>Chapter 13<br><br>Related Doc. No. 43 |
| TIMOTHY D. TATSAK, JR and<br>APRIL L. TATSAK.<br><br>Movants,<br><br>v.<br><br>M&T BANK.<br><br>Respondent. | |

### ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

An Order authorizing Loss Mitigation was entered on January 7, 2015 (Doc. No 43, the "LPM Order"), and subsequently extended, wherein the Debtors were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The LMP Order provides that the LMP time period is ninety (90) days from the entry of the LMP Order unless extended and that, upon expiration of the LMP time period, the Debtor "shall submit an LMP Final Report" within seven (7) days thereafter.

The record reflects that the LMP Order was entered in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the

Debtors and Respondent to negotiate a consensual loss mitigation settlement and/or mortgage modification.

Accordingly, it is hereby **ORDERED, ADJUGED, and DECREED** that:

1. The Debtors shall file a Status Report summarizing the history and current situation regarding the LMP, including the extraordinary circumstances causing the failure to negotiate a consensual loss mitigation settlement and/or mortgage modification, within fifteen (15) days from the date of this Order; or

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP within fifteen (15) days from the date of this Order.

3. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of the Court for resolution.

Date:    August 16, 2016

Carlota M. Böhm    jah
United States Bankruptcy Judge

FILED
8/19/16 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                                Chapter 13
April L Tatsak
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 1            Date Rcvd: Aug 19, 2016
                              Form ID: pdf900         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db/jdb         +Timothy D Tatsak, Jr,   April L Tatsak,   144   Church Rd,   Rural Valley, PA 16249-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13944087       E-mail/Text: camanagement@mtb.com Aug 20 2016 01:17:21     M&T Bank,   P.O. Box 64679,
               Baltimore, MD 21264
13968847       E-mail/Text: camanagement@mtb.com Aug 20 2016 01:17:21     M&T BANK,   PO BOX 1288,
               BUffalo, NY 14240
                                                                                             TOTAL: 2
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9