IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> TIMOTHY D. TATSAK, JR. and APRIL L. TATSAK <br><br> **Debtor(s).** <br><br> TIMOTHY D. TATSAK, JR. and APRIL L. TATSAK <br><br> **Movant(s),** <br><br> v. <br><br> M&T BANK, <br><br> **Respondent.** | Bankruptcy No. 14-24264-CMB <br><br> Chapter 13 <br><br> Related Doc. No. 43 |

## ORDER TO SHOW CAUSE

An Order authorizing Loss Mitigation was entered on January 6, 2015 (the "LMP Order") wherein the Debtor was authorized to enter into the Court's Loss Mitigation Program ("LMP"). The LMP Order provides the Debtor shall file a Status Report on the LMP process within sixty (60) days of the LMP Order. The LMP Order further provides that the LMP time period is ninety (90) days from the entry of the LMP Order unless extended and that, upon expiration of the LMP time period, the Debtor "shall submit an LMP Final Report" within seven (7) days thereafter. The record reflects that the LMP Order was entered in excess of two hundred and ten (210) days ago and no Status Report or Final Report has been filed.

An Order Regarding Compliance with the LMP Order (the "LMP Compliance Order") was entered directing the Debtor(s) to file a Status Report or Final Report within fifteen (15) days. At least fifteen (15) days have passed since entry of the LMP Compliance Order and the Debtor(s) have still failed to file the requisite Status Report or Final Report as directed.

Accordingly, it is hereby **ORDERED, ADJUGED, and DECREED** that:

1. An Order to Show Cause is issued against the Debtor(s) and Counsel to the Debtor(s).

2. Counsel for the Debtor(s) is directed to personally appear at a hearing scheduled on September 28, 2016, at 11:00 a.m., in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania to show cause as to why sanctions should not be imposed pursuant to this Court's inherent authority arising from 11 U.S.C. §105(a) and W.PA.LBR 9020-1 et. seq. for failure to comply with Orders issued by this Court. The sanctions that may be imposed include a monetary fine and possible other sanctions, for failure to comply with the LMP Order, the LMP Compliance Order, and the Local Rules.

Date: September 7, 2016

Carlota M. Böhm  **dmr**
United States Bankruptcy Judge

FILED
9/7/16 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                                  Chapter 13
April L Tatsak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric               Page 1 of 1            Date Rcvd: Sep 07, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db/jdb         +Timothy D Tatsak, Jr,   April L Tatsak,   144  Church Rd,   Rural Valley, PA 16249-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T BANK
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9