11:00 A.M.

# PROCEEDING MEMO

Date: SEPTEMBER 28, 2016

In re: TIMOTHY D. TATSAK, JR. and
APRIL L. TATSAK

Bankruptcy No. 14-24264 CMB
Chapter 13
Doc. # 162

Appearances: Lawrence Willis, D.

Movant(s): Lawrence W. Willis

Respondent(s): Winnecour / Pail / Bedford / Katz

Creditor(s):

Nature of Proceeding: Order to Show Cause re: Failure to File Loss Mitigation Status Report or Final Report

Additional Pleadings: Note: Order regarding compliance issued 8/16/16. Responses due by August 31. None filed. Order to Show Cause issued September 7. Final Report filed September 8.

Judge's Notes:

Outcome:

_____ Motion is GRANTED _____ Order entered   Debtor's counsel is directed to address non-compliance with LMP guidelines.
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed: Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
9/29/16 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge