# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | TIMOTHY D & APRIL L TATSAK |
| Case Number: | 14-24264-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 08, 2016 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/13/16 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#148 - Continued Confirmation of Plan Dated 6/13/2016 - FC
R / M #: 148 / 0

### *Appearances:*

Debtor: Willis
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ x effective _____.
7. __✓__ Plan/Motion continued to __3/16/17__ at __11:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/29/2016  11:47:17 AM