UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Timothy D. Tatsak, Jr. | : | |
| April L. Tatsak | : | No. 14-24264-CMB |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Ally Financial serviced by Ally Servicing LLC | : | Hearing Date: 7/19/17 at 10:00 a.m. |
| | : | |
| Movant | : | Response Date: 6/25/17 |
| | : | |
| vs. | : | |
| | : | |
| Timothy D. Tatsak, Jr. | : | |
| April L. Tatsak | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

### CERTIFICATE OF NO OBJECTION REGARDING
### Motion for Relief from Stay, Docket No. 184

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on June 8, 2017 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than June 25, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Date: 6/28/17                By:    /s/ Brett Solomon
                                    Brett A. Solomon, Esquire
                                    Pa. I.D. #83746
                                    bsolomon@tuckerlaw.com
                                    TUCKER ARENSBERG, P.C.
                                    1500 One PPG Place
                                    Pittsburgh, Pennsylvania 15222
                                    412-566-1212