UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Timothy D. Tatsak, Jr. | : | |
| April L. Tatsak | : | No.  14-24264-CMB |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Ally Financial serviced by Ally Servicing LLC | : | Hearing Date: 7/19/17 at 10:00 a.m. |
| | : | |
| Movant | : | Response Date: 6/25/17 |
| | : | |
| vs. | : | Related to Doc. No 184 |
| | : | |
| Timothy D. Tatsak, Jr. | : | |
| April L. Tatsak | : | **ENTERED BY DEFAULT** |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

## ORDER MODIFYING STAY

      AND NOW, this _____3rd_____ day of _____July_____, 2017, upon consideration of

the Motion for Relief from Automatic Stay, filed on behalf of Ally Financial serviced by Ally Servicing

LLC, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

      Upon consideration of the evidence presented, the Court finds Movant has a valid security

interest in the 2012 Chevrolet Camaro (VIN 2G1FT3DW5C9101474); that Movant does not have

adequate protection for its interests in the said vehicle; and that Movant should be permitted to foreclose

its security interest in the vehicle.  It is therefore ORDERED that the Motion is granted and that the stay

afforded by 11 U.S.C. Sections 362 be and hereby is modified to permit Movant to foreclose its security

interest in the vehicle.


_Carlota M. Böhm_  **dmr**
Carlota M. Bohm
United States Bankruptcy Judge


FILED
7/3/17 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                                            Chapter 13
April L Tatsak
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric            Page 1 of 1            Date Rcvd: Jul 03, 2017
                               Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2017.
db/jdb        +Timothy D Tatsak, Jr,   April L Tatsak,   144 Church Rd,   Rural Valley, PA 16249-2202
cr            +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
               Pittsburgh, Pa 15222-5413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor   Ally Financial bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Brian M. Kile    on behalf of Creditor   S&T Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          Brian M. Kile    on behalf of Creditor   JTS Capital 1, LLC bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 10