UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  TIMOTHY D. TATSAK, JR. and<br>APRIL L. TATSAK,<br>    Debtors | CASE NO.: 14-24264 CMB<br>CHAPTER 13 |
| | RELATED DOC: 197 |
| ARMSTRONG ASSOCIATES FEDERAL<br>CREDIT UNION, ITS SUCCESSORS<br>OR ASSIGNS,<br>    Movant<br>vs.<br><br>TIMOTHY D. TATSAK, JR. and<br>APRIL L. TATSAK,<br>    Respondents<br>and<br><br>RONDA J. WINNECOUR, ESQUIRE,<br>    Chapter 13 Trustee | **ENTERED BY DEFAULT** |

## ORDER MODIFYING § 362 AUTOMATIC STAY

AND NOW, this  15th  day of  June , 2018, upon motion of Movant, Armstrong Associates Federal Credit Union, it is

ORDERED THAT: The automatic stay of all proceedings, as provided by the United States Bankruptcy Code, 11 U.S.C. § 362 and § 1301 (if applicable) is hereby immediately modified with respect to Respondents' 2009 Harley-Davidson FXDL Dyna motorcycle ("motorcycle"), serial number 1D1GN4189K333675, as to allow the Movant to pursue its remedies under its June 7, 2013, Loan and Security Agreement with Debtors.

Carlota M. Böhm
United States Bankruptcy Judge

FILED
6/15/18 8:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Order to be served on:

Service by U.S. First Class Mail:

Timothy D. Tatsak, Jr. and
April L. Tatsak
144 Church Road
Rural Valley, PA  16249

Service by NEF:

Richard L. Ames, Esquire (*via ECF*)
rlames@gmail.com

Lawrence W. Willis, Esquire (*via ECF*)
ecf@westernpabankruptcy.com
urfreshstrt@gmail.com

Ronda J. Winnecour, Esquire (*via ECF*)
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee (*via ECF*)
ustpregion03.pi.ecf@usdoj.gov

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                            Chapter 13
April L Tatsak
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Jun 15, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
db/jdb         +Timothy D Tatsak, Jr,   April L Tatsak,   144 Church Rd,   Rural Valley, PA 16249-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard L Ames    on behalf of Creditor    Armstrong Associates Federal Credit Union
               rlames@gmail.com, ecf@ameslegal.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12