B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re Timothy Tatsk Jr._____,   Case No. 14-24264-CMB

FEE
$25
# 15996

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wallace Consulting and Investment Corp. | JTS Capital 1 LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1020 Pacific Coast Hwy Suite A
  Huntington Beach, CA 92648-4874

Court Claim # (if known): ___5___
Amount of Claim: $13,841.97
Date Claim Filed: 11/13/2014

Phone: (310) 606-0205
Last Four Digits of Acct #: 1848

Phone: (254) 313-1003
Last Four Digits of Acct. #: 1848

Name and Address where transferee payments should be sent (if different from above):
  1020 Pacific Coast Hwy Suite A
  Huntington Beach, CA 92648-4874

Phone: (310) 606-0205
Last Four Digits of Acct #: 1848

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Wallace_____   Date: 07/15/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.