# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Timothy D. Tatsak, Jr. and April L. Tatsak |
|---|---|
| CASE NO. | 14-24264-CMB |
| RELATED TO DOCUMENT NO. | 213 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Transfer of Claim Other Than For Security Re: Proof of Claim No. 5 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Only one debtor is listed in the caption of the Transfer of Claim, but this is a joint case. In addition, the debtor's last name on the Transfer of Claim does not match his last name in CM/ECF.

You must file an Amended Transfer of Claim within ten (10) days of the date of this notice. Please include with your Transfer of Claim a notation that the filing fee has been paid on 8/1/19 at Doc. # 214.

Failure to meet this deadline will result in the claim not being transferred to the Transferee.

This deadline does not affect any other deadlines in the bankruptcy case.

**Please attach a copy of this Notice to the front of the Amended Transfer of Claim that is filed in response to this Notice.**

|   August 1, 2019   | By: |   Connie Ulysse   |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

Copy mailed to filing party: Wallace Consulting and Investment Corp., Attn: Gerald Wallace, 1020 Pacific Coast Hwy, Suite A, Huntington Beach, CA 92648-4874 – Also mailed to claimant: JTS Capital 1, LLC, PO Box 4356 Dept. 1901, Houston, TX 77210-4356,

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                 Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                                                   Chapter 13
April L Tatsak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Aug 01, 2019
                              Form ID: pdf901         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
cr              JTS Capital 1, LLC,    P O Box 4356,    Dept 1901,    Houston, TX   77210-4356
cr              Wallace Consulting and Investment Corp,    Attn: Gerald Wallace,
                 1020 Pacific Coast HWY, Ste. A,    Huntington beach, CA   92648-4874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard L. Ames, Esq.    on behalf of Creditor    Armstrong Associates Federal Credit Union
               rla@ameslegal.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12