2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-24264-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy D Tatsak, Jr
144 Church Rd
Rural Valley PA 16249

April L Tatsak
144 Church Rd
Rural Valley PA 16249

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: JTS Capital 1, LLC, P O Box 4356 Dept 1901, Houston TX  77210-4356

Name and Address of Transferee:

Wallace Consulting and Investment Corp.
1020 Pacific Coast Hwy Suite A
Huntington Beach, CA 92648-4874

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/15/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timothy D Tatsak, Jr
April L Tatsak
       Debtors

Case No. 14-24264-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Aug 13, 2019
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
14121087      JTS Capital 1, LLC,   P O Box 4356 Dept 1901,   Houston TX  77210-4356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
        Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
        Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard L. Ames, Esq.    on behalf of Creditor    Armstrong Associates Federal Credit Union rla@ameslegal.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                       TOTAL: 12