**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/18/2019

IN RE:

TIMOTHY D TATSAK, JR
APRIL L TATSAK
144  CHURCH RD
RURAL VALLEY,  PA  16249
XXX-XX-2648          Debtor(s)

XXX-XX-8907

Case No.14-24264 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/18/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK++**
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE STE 1120
MIAMI, FL  33131-1605

Trustee Claim Number: 1   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: LOWES/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.: 6531

---

**M & T BANK**
ATTN PAYMENT PROCESSING
POB 1288
BUFFALO, NY  14240-1288

Trustee Claim Number: 2   INT %: 0.00%
Court Claim Number: 8
CLAIM: 0.00
COMMENT: LOAN MOD@CID 44*1300.03/PL*BGN 11/14

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 2779

---

**BRIAN M KILE ESQ**
GRENEN & BIRSIC PC
1 GATEWAY CTR 9TH FL
420 FT DUQUESNE BLVD
PITTSBURGH, PA  15222

Trustee Claim Number: 3   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: S&T BANK/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**ALLY FINANCIAL SERVICED BY ALLY SERVICIN**
ATTN TRUSTEE PAYMENT CENTER
PO BOX 78367
PHOENIX, AZ  85062-8367

Trustee Claim Number: 4   INT %: 5.00%
Court Claim Number: 1
CLAIM: 7,765.08
COMMENT: RS/DOE*33825.07@5%/STIP OE*PMT/CONF*33825@0%MDF/PL*SURR/PL*CL=33825

CRED DESC: VEHICLE
ACCOUNT NO.: 4858

---

**PA DEPARTMENT OF REVENUE***
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA  17128

Trustee Claim Number: 5   INT %: 0.00%
Court Claim Number: 2
CLAIM: 1,427.83
COMMENT: C2GOV*$@10%/PL*NT/SCH

CRED DESC: PRIORITY CREDITOR
ACCOUNT NO.: 85245343

---

**PA DEPARTMENT OF REVENUE***
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA  17128

Trustee Claim Number: 6   INT %: 0.00%
Court Claim Number: 2
CLAIM: 300.30
COMMENT: NT/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 85245343

---

**DEPARTMENT STORES NATIONAL BANK/MACYS**
C/O TRANSWORLD SYSTEMS INC
PO BOX 4275
NORCROSS, GA  30091

Trustee Claim Number: 7   INT %: 0.00%
Court Claim Number: 3
CLAIM: 1,164.78
COMMENT: NT/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 7517

---

**QUANTUM3 GROUP LLC AGNT - STERLING JEW**
PO BOX 788
KIRKLAND, WA  98083-0788

Trustee Claim Number: 8   INT %: 0.00%
Court Claim Number: 4
CLAIM: 191.02
COMMENT: $CL-PL*0%MDF/PL*PRORATA/PL*UNS/SCH*KAY JEWELERS

CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 9919

---

**WALLACE CONSULTING AND INVESTMENT COR**
1020 PACIFIC COAST HWY STE A
HUNTINGTON BEACH, CA  92648-4874

Trustee Claim Number: 9   INT %: 4.25%
Court Claim Number: 5
CLAIM: 13,841.97
COMMENT: 13841.97@4.25%TTL MDF/PL*NT/SCH*FR S AND T-DOC 94*FR JTS CAPITAL 1-DOC

CRED DESC: MORTGAGE PAID IN FULL
ACCOUNT NO.: 1848

---

**ALLY FINANCIAL(*)**
ATTN TRUSTEE PAYMENT CENTER
PO BOX 78367
PHOENIX, AZ  85062-8367

Trustee Claim Number: 10   INT %: 0.00%
Court Claim Number: 9
CLAIM: 419.15
COMMENT: RS/DOE*SURR/PL*W/35

CRED DESC: VEHICLE
ACCOUNT NO.: 1336

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ARMSTRONG ASSOCIATES FCU**<br>92 GLADE DR<br>KITTANNING, PA  16201 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number: | CLAIM:  2,331.12<br>COMMENT:  RS/DOE*$@4.25%MDF/PL*SURR/PAP | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  ...0003 |
| **ARMSTRONG ASSOCIATES FCU**<br>92 GLADE DR<br>KITTANNING, PA  16201 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  DUP*RMVD/AMD PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  ...0003 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ  85715 | Trustee Claim Number:13  INT %:  4.25%<br>Court Claim Number:16 | CLAIM:  7,529.00<br>COMMENT:  $/PL-CL@4.25%MDF/PL@CAP ONE*NO K W/CL*W/36 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4426 |
| **ELDERTON STATE BANK\***<br>POB 427<br>ELDERTON, PA  15736 | Trustee Claim Number:14  INT %:  4.25%<br>Court Claim Number:10 | CLAIM:  4,103.89<br>COMMENT:  3984.89/TTL CL+119 FORCE PLACED INSUR=$4,103.89/PL*4.25%MDF/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4802 |
| **AES/PHEAA\*\***<br>POB 8147**<br>HARRISBURG, PA  17105 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...3PA0 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE  19801 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9212 |
| **BEST BUY++**<br>POB 17298<br>BALTIMORE, MD  21297 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...7199 |
| **CAPITAL ONE AUTO FINANCE\*\***<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210-4360 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:11 | CLAIM:  2,101.25<br>COMMENT:  SURR/PL*DFNCY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9950 |
| **CHASE/JPMORGAN CHASE(\*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0482 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:6 | CLAIM:  747.21<br>COMMENT:  1226/SCH*BUCKLE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4519 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| QUANTUM3 GROUP LLC - AGENT COMENITY CA<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7685 | CLAIM: 812.29<br>COMMENT: 7029/SCH*PETLAND |
| QUANTUM3 GROUP LLC AGNT - COMENITY BAN<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2218 | CLAIM: 1,360.65<br>COMMENT: 9289/SCH*VIC SEC |
| ECMC(*)<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8907 | CLAIM: 0.00<br>COMMENT: 7706~NO$/SCH*15859.91/CL*FR NELNET/PHEAA-DOC 166 |
| ONE MAIN FINANCIAL(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3338 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| PRA/PORTFOLIO RECOVERY ASSOC<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8611 | CLAIM: 3,757.04<br>COMMENT: 6308/SCH*JCP/SYNCHRONY |
| PRA/PORTFOLIO RECOVERY ASSOC<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6531 | CLAIM: 1,658.83<br>COMMENT: 9616/SCH*LOWES/SYNCHRONY |
| PRA/PORTFOLIO RECOVERY ASSOC<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7820 | CLAIM: 1,109.94<br>COMMENT: 1632/SCH*SAMS CLUB/SYNCHRONY |
| PRA/PORTFOLIO RECOVERY ASSOC<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 24 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7654 | CLAIM: 778.49<br>COMMENT: 3368~NO$/SCH*WALMART/SYNCHRONY |
| UNITED CONSUMER FINANCIAL SRVS<br>865 BASSETT ROAD<br>WESTLAKE, OH 44145 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6613... | CLAIM: 0.00<br>COMMENT: |
| CAPITAL ONE BANK (USA) NA CABELAS CLUB V<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1578 | CLAIM: 944.44<br>COMMENT: 7535/SCH*FR WORLDS FOREMOST BANK CABELAS-DOC 208 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WALLACE CONSULTING AND INVESTMENT COR** 1020 PACIFIC COAST HWY STE A<br><br>HUNTINGTON BEACH, CA 92648-4874 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:05<br><br>CLAIM: 0.00<br>COMMENT: 13841.97@4.25%TTL MDF/PL*NT/SCH*NON INT BRNG=425.61*W/9*FR S AND T-DOC | | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 1848 |
| **S JAMES WALLACE ESQ** 845 NORTH LINCOLN AVE<br><br>PITTSBURGH, PA 15233 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: EQUITABLE GAS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T BANK** ATTN PAYMENT PROCESSING POB 1288<br><br>BUFFALO, NY 14240-1288 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 0.00<br>COMMENT: LOAN MOD@CID 44*1933.41/CL*THRU 10/14*$0/PL*DKT | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2779 |
| **M & T BANK** ATTN PAYMENT PROCESSING POB 1288<br><br>BUFFALO, NY 14240-1288 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 12,683.12<br>COMMENT: LOAN MOD@CID 44*PMT/TRIAL MOD*LMP BGN 1-15*W/CID-2,33*DKT | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2779 |
| **ALLY FINANCIAL(*)** ATTN TRUSTEE PAYMENT CENTER PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 21,712.65<br>COMMENT: NO GEN UNS/SCH*W/10 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1336 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\*** C/O BASS & ASSOCIATES PC 3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ 85715 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 0.56<br>COMMENT: NO GEN UNS/SCH*W/13 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4426 |
| **AMERICAN EXPRESS CENTURION BNK** C/O BECKET & LEE LLP POB 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 2,017.65<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2007 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 1,038.78<br>COMMENT: ACCT NT/SCH*THE BUCKLE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8036 |
| **CERASTES LLC** C/O WEINSTEIN & RILEY PS PO BOX 3978<br><br>SEATTLE, WA 98124-3978 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 9,999.38<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7448 |
| **CAPITAL ONE BANK (USA) NA CABELAS CLUB V** PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 1,239.63<br>COMMENT: ACCT NT/SCH*FR WORLDS FOREMOST BANK CABELAS-DOC 207 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7005 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5496 | CLAIM: 1,195.42<br>COMMENT: NT/SCH*DICKS/SYNCHRONY |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6020 | CLAIM: 1,438.28<br>COMMENT: NT/SCH*WALMART/SYNCHRONY |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:26 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0675 | CLAIM: 0.00<br>COMMENT: ...3740675*PMT/CL-PL@CHRYSLER CAP/PL~BGN 6-15*377.57x(53 REM +2)=LMT |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:8-2 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2779 | CLAIM: 0.00<br>COMMENT: LOAN MOD/DOE~EFTV 12/15*PMT/DECL*DKT4PMT-LMT*W/2,33-34*AMD |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0559 | CLAIM: 0.00<br>COMMENT: PMT/OE*BGN 4/18 DIST*ACCT#/OE |