**LOCAL BANKRUPTCY FORM NO. 24**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Timothy D. Tatsak Jr. and | : | **Chapter 13** |
| April L. Tatsak, | : | |
| **Movants** | : | **Bankruptcy No. 14-24264-CMB** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 225** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **February 19, 2020 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN
CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1.  Applicant represents  **Timothy D. Tatsak Jr. and April L. Tatsak**.
2.  This is (check one)
    __X__    a final application
    _____    an interim application
    for the period October 23, 2014 to January 7, 2020
3.  Previous retainer paid to Applicant: $750.00.
4.  Previous interim compensation allowed to Applicant (including the retainer): $6,000.00.
5.  Applicant requests additional:
    Compensation of $1,000.00.
    Reimbursement of Expenses of $ N/A .
6.  A hearing on the Application will be held in Courtroom B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at 10:00 a.m., on February 19, 2020.
7.  Any written objections must be filed with the Court and served on the Applicant on or before January 24, 2020 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: January 7, 2020                    Attorney for Movant/Applicant:

                                                    /s/ Lawrence W Willis Esq
                                                    Lawrence W Willis, Esquire
                                                    PA I.D. # 85299
                                                    Willis & Associates
                                                    201 Penn Center Blvd
                                                    Pittsburgh, PA 15235
                                                    Tel: 412.235.1721

Fax: 412.542.1704Email:
lawrencew@urfreshstrt.com
Attorney for Debtors