# PROCEEDING MEMO

Date: 01/15/2020 10:00 am

In re: Timothy D Tatsak, Jr
April L Tatsak

Bankruptcy No. 14-24264-CMB
Chapter: 13
Doc. # 220

**Appearances:** / Pail, Lawrence Willis

**Nature of Proceeding:** #220 Trustee's Motion to Dismiss

**Additional Pleadings:** #224 Response by Debtors

**Judge's Notes:**
Continued to 2/19/20 at 10:00

FILED
1/16/20 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timothy D Tatsak, Jr
April L Tatsak
      Debtors

Case No. 14-24264-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric        Page 1 of 1        Date Rcvd: Jan 16, 2020
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
db/jdb        +Timothy D Tatsak, Jr,   April L Tatsak,   144 Church Rd,   Rural Valley, PA 16249-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
        Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
         agilbert@tuckerlaw.com
        Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
         mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
         mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard L. Ames, Esq.    on behalf of Creditor    Armstrong Associates Federal Credit Union
         rla@ameslegal.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                               TOTAL: 12