**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Timothy D. Tatsak Jr. and April L. Tatsak, | : : | Chapter 13 |
| Movants | : : | Bankruptcy No. 14-24264-CMB |
| _____ Lawrence Willis, Esquire / Willis & Associates, | : : : | Related to Docket No. 230 |
| Applicant | : : | Hearing Date and Time: |
| vs. | : : | February 6, 2020 at 10:00 am |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, | : : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

    I, Lawrence W Willis the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Order Dated January 27, 2020 and the Motion to Withdraw Application for Compensation with Proposed Order of Court on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON:  January 28, 2020                By:   /s/ Lawrence Willis
                                                                                               Lawrence W Willis, Esquire
                                                                                               PA I.D. # 85299
                                                                                               Willis & Associates
                                                                                               201 Penn Center Blvd
                                                                                               Pittsburgh, PA 15235
                                                                                               Tel: 412.235.1721
                                                                                               Fax: 412.542.1704
                                                                                               Email: lawrencew@urfreshstrt.com
                                                                                               Attorney for Debtors

_____

*Parties served by the court electronically were not served by regular mail.

## MATRIX

Timothy & April Tatsak
144 Church Road
Rural Valley, PA 16249

Ronda J. Winnecour
Suite 3250, USX Tower 600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
 Liberty Center.
 1001 Liberty Avenue, Suite 970
 Pittsburgh, PA 15222

M&T BANK
PO BOX 62182
Baltimore, MD 21264

Ally Financial
serviced by Ally Servicing LLC
PO Box 130424
Roseville, MN 55113-0004

Brett Solomon Esq
Tucker Arensberg PC
1 Ppg Pl # 1500
Pittsburgh, PA 15222

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street,
Suite 5000
Philadelphia, PA 19106-1532

Armstrong Associates
FCU 414 Ford St
Ford City, PA 16226