IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Timothy D. Tatsak Jr. and ) | Case No.: 14-24264CMB |
| April L. Tatsak ) | Chapter 13 |
|     Debtor(s) ) | |
| _____ ) | Related to Doc. #230 & 231 |
| Lawrence Willis, Esquire ) | |
| Willis & Associates ) | |
|     Applicant, ) | |
| ) | |
|     Vs. ) | |
| Ronda J. Winnecour, Esquire, ) | |
| Chapter 13 Trustee ) | |
|     Respondent(s) ) | |

### TRUSTEE'S OBJECTION TO MOTION TO WITHDRAW APPLICATION FOR COMPENSATION

1. This case was filed on October 23, 2014.

2. Ronda J. Winnecour is the Chapter 13 Standing Trustee in this case.

3. Lawrence Willis is Applicant and counsel of record for debtors.

4. Applicant filed a second fee Application seeking additional fees of $1000.00.

5. The Trustee objected to the Application.

6. Counsel seeks to withdraw the Application, stating that he "wishes to refile the Application for Compensation to prorate travel and to make other changes that were addressed in the Trustee's objection."

7. The Trustee opposes the withdrawal of the Application.

8. Counsel can simply file an amended Application with no need for withdrawal.

9. The Trustee wishes for the matter to be heard. Withdrawing the Application creates a risk that counsel will never file an amended Application and the matter of the improper time entries will never be heard or explained.

WHEREFORE, the Trustee requests that the Motion to Withdraw Application be denied.

                                                  Respectfully Submitted,

January 31, 2020                     /s/ Jana S. Pail
                                            Jana S. Pail – PA I.D. #88910
                                            Attorney for the Trustee
                                            Suite 3250-U.S. Steel Building
                                            600 Grant Street
                                            Pittsburgh PA 15219
                                            412-471-5566
                                            jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Timothy D. Tatsak Jr. and | ) | Case No.: 14-24264CMB |
| April L. Tatsak | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | Related to Doc. #230 & 231 |
| Lawrence Willis, Esquire | ) | |
| Willis & Associates | ) | |
|     Applicant, | ) | |
| | ) | |
|     Vs. | ) | |
| Ronda J. Winnecour, Esquire, | ) | |
| Chapter 13 Trustee | ) | |
|     Respondent(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing document upon the following, by regular United States First Class Mail, postage prepaid, unless otherwise noted:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Timothy D. and April L. Tatsak
144 Church Road
Rural Valley, PA  16249

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd.
Suite 310
Pittsburgh, PA  15235

M&T Bank
PO Box 62182
Baltimore, MD  21264

Ally Financial
Serviced by Ally Servicing LLC
PO Box 130424
Roseville, MN  55113-0004

Brett Solomon, Esquire
Tucker Arensberg PC
1 PPG Place #1500
Pittsburgh, PA  15222

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA  19106-1532

Armstrong Associates FCU
414 Ford Street
Ford City, PA  16226


| | |
|---|---|
| 1-31-2020 | /s/ Rosa M. Richard |
| | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | 412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |