## PROCEEDING MEMO

Date: 02/06/2020 10:00 am

In re:   Timothy D Tatsak, Jr
         April L Tatsak

                                                    Bankruptcy No. 14-24264-CMB
                                                    Chapter: 13
                                                    Doc. # 230

Appearances:  Winnecour / Pail / Katz / DeSimone, Lawrence W. Willis

Nature of Proceeding: #230 Motion to Withdraw Application for Compensation

Additional Pleadings: Certificate of Service;  #233 Objection by Ch. 13 Trustee

Judge's Notes:

- Hearing held.
- Atty. Pail to submit Order by Friday.

FILED
2/6/20 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge