IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Timothy D. Tatsak Jr. and | ) | Case No.: 14-24264CMB |
| April L. Tatsak | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | Related to Doc. #225 & 230 |
| Lawrence Willis, Esquire | ) | |
| Willis & Associates | ) | |
|     Applicant, | ) | |
| | ) | |
|     Vs. | ) | |
| Ronda J. Winnecour, Esquire, | ) | |
| Chapter 13 Trustee | ) | |
|     Respondent(s) | ) | |

## CONSENT ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Applicant and the Chapter 13 Trustee, and after considering the objections raised by the Trustee and following hearing on Applicant's Application for Professional Fees and subsequent Motion to Withdraw the Application, it is

ORDERED that the Application for Compensation filed on January 7, 2020 is DENIED;

IT IS FURTHER ORDERED that the Motion to Withdraw the Application filed on January 26, 2020 is DENIED as moot;

IT IS FURTHER ORDERED that Applicant shall be paid no further fees in connection with this case.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

 /s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com


/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com