IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/7/20 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Timothy D. Tatsak, Jr. and April L. Tatsak
*Debtors*

Bankruptcy No.  14-24264-CMB

Adversary No.

Related to Docket No.  234

Fourteen Day Request

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Ronda Winnecour, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    February 6, 2020.

The transcript is being prepared by J&J Court Transcribers, Inc.  The estimated completion for this transcript is February 24, 2020.

                Michael R. Rhodes, Clerk
                United States Bankruptcy Court

Date: 2/7/2020                  By:     /s/ Hayley Smith
                                                      ECRO

#61-M