**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TIMOTHY D TATSAK, JR<br>APRIL L TATSAK<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  TIMOTHY D TATSAK, JR<br>APRIL L TATSAK<br><br>       Respondents | Case No.14-24264CMB<br><br>Chapter 13<br><br>Document No.  238  |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  21st  day of February, 2020 it is hereby ORDERED, ADJUDGED, and DECREED that,

Indiana Regional Medical Ctr
Attn: Payroll Manager
835 Hospital Rd
Indiana, PA 15701

is hereby ordered to immediately terminate the attachment of the wages of APRIL L TATSAK, social security number XXX-XX-8907.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of APRIL L TATSAK.

BY THE COURT:

*Carlota M. Böhm*
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/21/20 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy D Tatsak, Jr  
April L Tatsak  
     Debtors

Case No. 14-24264-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Feb 21, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
db/jdb       +Timothy D Tatsak, Jr,    April L Tatsak,    144   Church Rd,    Rural Valley, PA 16249-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
         Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
          agilbert@tuckerlaw.com
         Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
          mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
          mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com,
          urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
         Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com,
          urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Richard L. Ames, Esq.    on behalf of Creditor    Armstrong Associates Federal Credit Union
          rla@ameslegal.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                       TOTAL: 12