**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   TIMOTHY D TATSAK, JR<br>   APRIL L TATSAK<br><br>       Debtor(s)<br><br> Ronda J. Winnecour<br><br>       Movant<br>   vs.<br><br> WALLACE CONSULTING AND INVESTMENT CORP<br>       Respondent(s) | Case No. 14-24264CMB<br><br>Chapter 13<br><br>Document No.___ |

### NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full. The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items. Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 9
Court Claim Number - 5

3/5/2020

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY D TATSAK, JR
    APRIL L TATSAK
        Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.

    WALLACE CONSULTING AND INVESTMENT CORP
        Respondent(s)

Case No.14-24264CMB

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

> TIMOTHY D TATSAK, JR, APRIL L TATSAK, 144 CHURCH RD, RURAL VALLEY, PA 16249
> LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA 15235
> WALLACE CONSULTING AND INVESTMENT CORP, 1020 PACIFIC COAST HWY STE A, HUNTINGTON BEACH, CA 92648-4874
> BRIAN M KILE ESQ, GRENEN & BIRSIC PC, 1 GATEWAY CTR 9TH FL, 420 FT DUQUESNE BLVD, PITTSBURGH, PA 15222

03/05/2020

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com