**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Timothy D Tatsak Jr
April L Tatsak**
    Debtor(s)

Bankruptcy Case No.: 14−24264−CMB
Related to Doc. No. 247
Chapter: 13
Docket No.: 249 − 247

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/11/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/3/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/11/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                            Chapter 13
April L Tatsak
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 3              Date Rcvd: Mar 27, 2020
                              Form ID: 408            Total Noticed: 52
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
```
db/jdb         +Timothy D Tatsak, Jr,    April L Tatsak,    144 Church Rd,    Rural Valley, PA 16249-2202
cr            ++ARMSTRONG ASSOCIATES FEDERAL CREDIT UNION,    P O BOX 191,    FORD CITY PA 16226-0191
               (address filed with court: Armstrong Associates Federal Credit Union,    414 Ford Street,
                Ford City, PA  16226)
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr              Wallace Consulting and Investment Corp,    Attn: Gerald Wallace,
                1020 Pacific Coast HWY, Ste. A,    Huntington beach, CA  92648-4874
13944076       +AES/PHEAA-KEYCON,    1200 N 7th ST,    Harrisburg, PA 17102-1419
13984198        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13944079       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13944080       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14261478       +Chrysler Capital,    P.O BOX 961278,    Fort Worth, TX 76161-0278
13953614       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
14320167        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14121087        JTS Capital 1, LLC,    P O Box 4356 Dept 1901,    Houston TX  77210-4356
13944086        Kay Jewelers,    175 Grant Rd,    Akron, OH 44333
13944088        Nelnet,    3015 S PARKER RDSTE 400,    Denver, CO 80201
13967269       +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    PO Box 8147,
                Harrisburg, PA. 17105-8147
13954300        S&T Bank,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,    One Gateway Center, 9th Floor,
                Pittsburgh, PA  15222
13954299       +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
15103504        Wallace Consulting and Investment Corp.,    1020 Pacific Coast Hwy Suite A,
                Huntington Beach, CA 92648-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2020 03:44:06
                Capital One Auto Finance,    C/O Ascension Capital Group,    P.O. Box 201347,
                Arlington, Tx 76006-1347
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2020 03:42:34
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Mar 28 2020 03:48:48
                United Consumer Financial Services,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Ste. 200,    Tucson, AZ 85712-1083
13944077       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48     Ally Financial,
                PO Box 380901,    Minneapolis, MN 55438-0901
13948617        E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13999798       +E-mail/Text: bncmail@w-legal.com Mar 28 2020 03:50:31      CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13944083       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 03:49:59      COMENITY BANK/Buckle,
                PO Box 182789,    Columbus, OH 43218-2789
13944081       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 28 2020 03:44:12
                Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
13978319       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2020 03:57:01
                Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
15032932       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2020 03:58:14
                Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
13995694       +E-mail/Text: bnc@bass-associates.com Mar 28 2020 03:48:47      Cavalry Spv I, LLC,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13944084       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 03:49:59      Comenity Bank/Petland,
                PO Box 182789,    Columbus, OH 43218-2789
13944085       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 03:49:59      Comenity Bank/VCTR SSEC,
                PO Box 182789,    Columbus, OH 43218-2789
13973480       +E-mail/PDF: lcalarie@eldertonbank.com Mar 28 2020 03:43:11      Elderton State Bank,
                143 N. Main St., PO Box 427,    Elderton, PA 15736-0427
13944082        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 28 2020 03:44:01     CHASE BANK USA,
                PO Box 15298,    Wilmington, DE 19850
13968847        E-mail/Text: camanagement@mtb.com Mar 28 2020 03:49:52     M&T BANK,    PO BOX 1288,
                BUffalo, NY 14240
13944087        E-mail/Text: camanagement@mtb.com Mar 28 2020 03:49:52     M&T Bank,    P.O. Box 64679,
                Baltimore, MD 21264
```

```
District/off: 0315-2         User: dric              Page 2 of 3              Date Rcvd: Mar 27, 2020
                             Form ID: 408            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14289574       E-mail/Text: camanagement@mtb.com Mar 28 2020 03:49:52      M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
13944089      +E-mail/PDF: cbp@onemainfinancial.com Mar 28 2020 03:42:17      Onemain Financial,
               6801 Colwell Blvd,   Irving, TX 75039-3198
13999724       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 03:44:08
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13949267       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:50:13
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13966934       E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2020 03:50:04
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13994674       E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2020 03:50:04
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
13954118       E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2020 03:50:04
               Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,   PO Box 788,
               Kirkland, WA  98083-0788
13949073       E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2020 03:42:34
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13944090      +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:43:59      SYNCB/JC PENNEY,   PO BOX 965007,
               Orlando, FL 32896-5007
13944091      +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:42:25      SYNCB/Lowes,   PO Box 965005,
               Orlando, FL 32896-5005
13944092      +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:43:58      SYNCB/SAMS,   PO BOX 965005,
               Orlando, FL 32896-5005
13944093      +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:43:59      Syncb/Walmart,   PO BOX 965024,
               Orlando, FL 32896-5024
13944094      +E-mail/Text: EBankruptcy@UCFS.NET Mar 28 2020 03:51:08      United Consumer Fin Svc,
               865 Bassett Rd,   Westlake, OH 44145-1194
13944095      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:43:15
               WORLD'S FOREMOST BANK,   4800 NW 1ST ST STE 300,   Lincoln, NE 68521-4463
14002976       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:42:30
               WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
cr*           +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
               4515 N Santa Fe Ave.,   Oklahoma City, OK 73118-7901
cr*           +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
               4515 N Santa Fe Ave.,   Oklahoma City, OK 73118-7901
cr*            ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
cr*            JTS Capital 1, LLC,   P O Box 4356,   Dept 1901,   Houston, TX  77210-4356
cr*           +S&T Bank,   355 North 5th Street,   Indiana, PA 15701-1940
13944078*     +Ally Financial,   PO Box 380901,   Minneapolis, MN 55438-0901
15032933*     +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
               4515 N Santa Fe Ave.,   Oklahoma City, OK 73118-7901
                                                                                 TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-2                  User: dric                    Page 3 of 3                  Date Rcvd: Mar 27, 2020
                                      Form ID: 408                  Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard L. Ames, Esq.    on behalf of Creditor    Armstrong Associates Federal Credit Union
               rlames@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```