**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY D TATSAK, JR<br>APRIL L TATSAK<br>     Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>     Movant<br>  vs.<br>No Respondents. | Case No.:14-24264<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 23, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/23/2014 and confirmed on 1/30/15 . The case was subsequently          Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 168,783.19 |
| Less Refunds to Debtor | 7,468.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 161,315.11 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,250.00 | |
|    Trustee Fee | 6,895.37 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,145.37 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2779 | | | | |
|   M & T BANK | 12,683.12 | 12,683.12 | 0.00 | 12,683.12 |
|     Acct: 2779 | | | | |
|   M & T BANK | 0.00 | 65,732.67 | 0.00 | 65,732.67 |
|     Acct: 2779 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2779 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLIN | 191.02 | 191.02 | 0.00 | 191.02 |
|     Acct: 9919 | | | | |
|   ALLY FINANCIAL SERVICED BY ALLY SEF | 7,765.08 | 7,765.08 | 3,843.33 | 11,608.41 |
|     Acct: 4858 | | | | |
|   ALLY FINANCIAL(*) | 419.15 | 419.15 | 1,863.44 | 2,282.59 |
|     Acct: 1336 | | | | |
|   ARMSTRONG ASSOCIATES FCU | 2,331.12 | 2,331.12 | 666.11 | 2,997.23 |
|     Acct: XXX0003 | | | | |
|   ARMSTRONG ASSOCIATES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0003 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 7,529.00 | 7,529.00 | 1,048.69 | 8,577.69 |
|     Acct: 4426 | | | | |
|   ELDERTON STATE BANK* | 4,103.89 | 4,103.89 | 480.27 | 4,584.16 |
|     Acct: 4802 | | | | |
|   WALLACE CONSULTING AND INVESTMEI | 13,841.97 | 13,841.97 | 1,919.53 | 15,761.50 |
|     Acct: 1848 | | | | |
|   WALLACE CONSULTING AND INVESTMEI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1848 | | | | |
| | | | | 124,418.39 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY D TATSAK, JR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY D TATSAK, JR | 7,468.08 | 7,468.08 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-16 | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX7/20 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,427.83 | 1,427.83 | 0.00 | 1,427.83 |
| Acct: XXXX5343 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,557.17 | 0.00 | 2,557.17 |
| Acct: 0559 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 0.00 | 20,766.35 | 0.00 | 20,766.35 |
| Acct: 0675 | | | | |
| | | | | 24,751.35 |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8907 | | | | |
|   PA DEPARTMENT OF REVENUE* | 300.30 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5343 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,164.78 | 0.00 | 0.00 | 0.00 |
| Acct: 7517 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3PA0 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9212 | | | | |
|   BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7199 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 2,101.25 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9950 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0482 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 747.21 | 0.00 | 0.00 | 0.00 |
| Acct: 4519 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 812.29 | 0.00 | 0.00 | 0.00 |
| Acct: 7685 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 1,360.65 | 0.00 | 0.00 | 0.00 |
| Acct: 2218 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3338 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,757.04 | 0.00 | 0.00 | 0.00 |
| Acct: 8611 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,658.83 | 0.00 | 0.00 | 0.00 |
| Acct: 6531 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,109.94 | 0.00 | 0.00 | 0.00 |
| Acct: 7820 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 778.49 | 0.00 | 0.00 | 0.00 |
| Acct: 7654 | | | | |
|   UNITED CONSUMER FINANCIAL SRVS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3... | | | | |
|   CAPITAL ONE BANK (USA) NA CABELAS | 944.44 | 0.00 | 0.00 | 0.00 |
| Acct: 1578 | | | | |
|   ALLY FINANCIAL(*) | 21,712.65 | 0.00 | 0.00 | 0.00 |
| Acct: 1336 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 0.56 | 0.00 | 0.00 | 0.00 |
| Acct: 4426 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 2,017.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 2007 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 1,038.78 | 0.00 | 0.00 | 0.00 |
|     Acct: 8036 | | | | |
|   CERASTES LLC | 9,999.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 7448 | | | | |
|   CAPITAL ONE BANK (USA) NA CABELAS | 1,239.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 7005 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,195.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 5496 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,438.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 6020 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6531 | | | | |
|   BRIAN M KILE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                             149,169.74

| TOTAL | |
|---|---:|
| CLAIMED | 1,427.83 |
| PRIORITY | 48,864.35 |
| SECURED | 53,377.57 |

Date: 03/23/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY D TATSAK, JR
    APRIL L TATSAK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-24264

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                            BY THE COURT:

                                            _____
                                            U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                                Chapter 13
April L Tatsak
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                 Page 1 of 3                  Date Rcvd: Mar 27, 2020
                              Form ID: pdf900            Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db/jdb         +Timothy D Tatsak, Jr,    April L Tatsak,    144 Church Rd,    Rural Valley, PA 16249-2202
cr            ++ARMSTRONG ASSOCIATES FEDERAL CREDIT UNION,    P O BOX 191,    FORD CITY PA 16226-0191
                (address filed with court:  Armstrong Associates Federal Credit Union,     414 Ford Street,
                Ford City, PA  16226)
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr              Wallace Consulting and Investment Corp,    Attn: Gerald Wallace,
                1020 Pacific Coast HWY, Ste. A,    Huntington beach, CA  92648-4874
13944076       +AES/PHEAA-KEYCON,    1200 N 7th ST,    Harrisburg, PA 17102-1419
13984198        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13944079       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13944080       +Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
14261478       +Chrysler Capital,    P.O BOX 961278,    Fort Worth, TX 76161-0278
13953614       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
14320167        ECMC,    PO BOX 16408,   ST. PAUL, MN 55116-0408
14121087        JTS Capital 1, LLC,    P O Box 4356 Dept 1901,    Houston TX  77210-4356
13944086        Kay Jewelers,    175 Grant Rd,   Akron, OH 44333
13944088        Nelnet,    3015 S PARKER RDSTE 400,    Denver, CO 80201
13967269       +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    PO Box 8147,
                Harrisburg, PA. 17105-8147
13954300        S&T Bank,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,    One Gateway Center, 9th Floor,
                Pittsburgh, PA  15222
13954299       +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
15103504        Wallace Consulting and Investment Corp.,    1020 Pacific Coast Hwy Suite A,
                Huntington Beach, CA 92648-4874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2020 03:43:19
                Capital One Auto Finance,    C/O Ascension Capital Group,    P.O. Box 201347,
                Arlington, Tx 76006-1347
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2020 03:42:35
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Mar 28 2020 03:48:48
                United Consumer Financial Services,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Ste. 200,    Tucson, AZ 85712-1083
13944077       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48      Ally Financial,
                PO Box 380901,    Minneapolis, MN 55438-0901
13948617        E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13999798       +E-mail/Text: bncmail@w-legal.com Mar 28 2020 03:50:31      CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13944083       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 03:50:00      COMENITY BANK/Buckle,
                PO Box 182789,    Columbus, OH 43218-2789
13944081       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 28 2020 03:43:22
                Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
13978319       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2020 03:57:01
                Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
15032932       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2020 03:57:01
                Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
13995694       +E-mail/Text: bnc@bass-associates.com Mar 28 2020 03:48:48      Cavalry Spv I, LLC,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13944084       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 03:50:00      Comenity Bank/Petland,
                PO Box 182789,    Columbus, OH 43218-2789
13944085       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 03:50:00      Comenity Bank/VCTR SSEC,
                PO Box 182789,    Columbus, OH 43218-2789
13973480       +E-mail/PDF: lcalarie@eldertonbank.com Mar 28 2020 03:43:11      Elderton State Bank,
                143 N. Main St., PO Box 427,    Elderton, PA 15736-0427
13944082        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 28 2020 03:43:13      CHASE BANK USA,
                PO Box 15298,    Wilmington, DE 19850
13968847        E-mail/Text: camanagement@mtb.com Mar 28 2020 03:49:52      M&T BANK,    PO BOX 1288,
                BUffalo, NY 14240
13944087        E-mail/Text: camanagement@mtb.com Mar 28 2020 03:49:52      M&T Bank,    P.O. Box 64679,
                Baltimore, MD 21264
```

```
District/off: 0315-2           User: dric                  Page 2 of 3                   Date Rcvd: Mar 27, 2020
                               Form ID: pdf900             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14289574         E-mail/Text: camanagement@mtb.com Mar 28 2020 03:49:52      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13944089        +E-mail/PDF: cbp@onemainfinancial.com Mar 28 2020 03:43:03      Onemain Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
13999724         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 03:42:35
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13949267         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:50:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13966934         E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2020 03:50:05
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13994674         E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2020 03:50:05
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13954118         E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2020 03:50:05
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
13949073         E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2020 03:42:34
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13944090        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:43:09      SYNCB/JC PENNEY,    PO BOX 965007,
                 Orlando, FL 32896-5007
13944091        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:42:25      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
13944092        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:42:24      SYNCB/SAMS,    PO BOX 965005,
                 Orlando, FL 32896-5005
13944093        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:43:58      Syncb/Walmart,    PO BOX 965024,
                 Orlando, FL 32896-5024
13944094        +E-mail/Text: EBankruptcy@UCFS.NET Mar 28 2020 03:51:08      United Consumer Fin Svc,
                 865 Bassett Rd,    Westlake, OH 44145-1194
13944095        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:44:04
                 WORLD'S FOREMOST BANK,    4800 NW 1ST ST STE 300,    Lincoln, NE 68521-4463
14002976         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:43:16
                 WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 32

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                 4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
cr*            +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                 4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             JTS Capital 1, LLC,    P O Box 4356,    Dept 1901,   Houston, TX 77210-4356
cr*            +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
13944078*      +Ally Financial,    PO Box 380901,    Minneapolis, MN 55438-0901
15032933*      +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                 4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                 TOTALS: 1, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-2                  User: dric                    Page 3 of 3                  Date Rcvd: Mar 27, 2020
                                      Form ID: pdf900               Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard L. Ames, Esq.    on behalf of Creditor    Armstrong Associates Federal Credit Union
               rlames@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```