| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Timothy D Tatsak Jr** | Social Security number or ITIN  **xxx−xx−2648** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **April L Tatsak** | Social Security number or ITIN  **xxx−xx−8907** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **14−24264−CMB** | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy D Tatsak Jr                                April L Tatsak

5/12/20                                            **By the court:**    Carlota M. Bohm
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-24264-CMB
Timothy D Tatsak, Jr                                                Chapter 13
April L Tatsak
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: agro                  Page 1 of 3           Date Rcvd: May 12, 2020
                              Form ID: 3180W              Total Noticed: 53
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
```
db/jdb         +Timothy D Tatsak, Jr,    April L Tatsak,    144 Church Rd,    Rural Valley, PA 16249-2202
cr            ++ARMSTRONG ASSOCIATES FEDERAL CREDIT UNION,    P O BOX 191,    FORD CITY PA 16226-0191
               (address filed with court:   Armstrong Associates Federal Credit Union,    414 Ford Street,
                 Ford City, PA  16226)
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              Wallace Consulting and Investment Corp,    Attn: Gerald Wallace,
                 1020 Pacific Coast HWY, Ste. A,    Huntington beach, CA  92648-4874
13944076       +AES/PHEAA-KEYCON,    1200 N 7th ST,    Harrisburg, PA 17102-1419
13944080       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14121087        JTS Capital 1, LLC,    P O Box 4356 Dept 1901,    Houston TX  77210-4356
13944086        Kay Jewelers,    175 Grant Rd,    Akron, OH 44333
13944088        Nelnet,    3015 S PARKER RDSTE 400,    Denver, CO 80201
13967269       +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    PO Box 8147,
                 Harrisburg, PA. 17105-8147
13954300        S&T Bank,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,    One Gateway Center, 9th Floor,
                 Pittsburgh, PA  15222
13954299       +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
15103504        Wallace Consulting and Investment Corp.,    1020 Pacific Coast Hwy Suite A,
                 Huntington Beach, CA 92648-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2020 03:59:06      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: AISACG.COM May 13 2020 07:33:00      Capital One Auto Finance,
                 C/O Ascension Capital Group,    P.O. Box 201347,    Arlington, Tx 76006-1347
cr              EDI: RECOVERYCORP.COM May 13 2020 07:33:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
cr             +EDI: BASSASSOC.COM May 13 2020 07:33:00      United Consumer Financial Services,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste. 200,    Tucson, AZ 85712-1083
13944077       +EDI: GMACFS.COM May 13 2020 07:33:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
13948617        EDI: GMACFS.COM May 13 2020 07:33:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
13984198        EDI: BECKLEE.COM May 13 2020 07:33:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13944079       +EDI: TSYS2.COM May 13 2020 07:33:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
13999798       +E-mail/Text: bncmail@w-legal.com May 13 2020 03:59:28      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13944083       +EDI: WFNNB.COM May 13 2020 07:33:00      COMENITY BANK/Buckle,    PO Box 182789,
                 Columbus, OH 43218-2789
13944081       +EDI: CAPONEAUTO.COM May 13 2020 07:33:00      Capital One Auto Finance,    PO Box 259407,
                 Plano, TX 75025-9407
13978319       +EDI: AIS.COM May 13 2020 07:33:00      Capital One Auto Finance c/o AIS,
                 Portfolio Services, LP f/k/a AIS Data,    Services d/b/a/ Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
15032932       +EDI: AIS.COM May 13 2020 07:33:00      Capital One Bank (USA) N.A Cabelas Club Visa,
                 By American Infosource as agent,    4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
13995694       +EDI: BASSASSOC.COM May 13 2020 07:33:00      Cavalry Spv I, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
14261478       +EDI: CHRM.COM May 13 2020 07:33:00      Chrysler Capital,    P.O BOX 961278,
                 Fort Worth, TX 76161-0278
13944084       +EDI: WFNNB.COM May 13 2020 07:33:00      Comenity Bank/Petland,    PO Box 182789,
                 Columbus, OH 43218-2789
13944085       +EDI: WFNNB.COM May 13 2020 07:33:00      Comenity Bank/VCTR SSEC,    PO Box 182789,
                 Columbus, OH 43218-2789
13953614       +EDI: TSYS2.COM May 13 2020 07:33:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
14320167        EDI: ECMC.COM May 13 2020 07:33:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13973480       +E-mail/PDF: lcalarie@eldertonbank.com May 13 2020 04:00:35      Elderton State Bank,
                 143 N. Main St., PO Box 427,    Elderton, PA 15736-0427
13944082        EDI: JPMORGANCHASE May 13 2020 07:33:00      CHASE BANK USA,    PO Box 15298,
                 Wilmington, DE 19850
13968847        E-mail/Text: camanagement@mtb.com May 13 2020 03:58:53      M&T BANK,    PO BOX 1288,
                 BUffalo, NY 14240
13944087        E-mail/Text: camanagement@mtb.com May 13 2020 03:58:53      M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
```

```
District/off: 0315-2                User: agro                    Page 2 of 3                    Date Rcvd: May 12, 2020
                                    Form ID: 3180W                Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14289574          E-mail/Text: camanagement@mtb.com May 13 2020 03:58:53        M&T Bank,    P.O. Box 840,
                   Buffalo, NY 14240-0840
13944089         +EDI: AGFINANCE.COM May 13 2020 07:33:00       Onemain Financial,    6801 Colwell Blvd,
                   Irving, TX 75039-3198
13999724          EDI: PRA.COM May 13 2020 07:33:00      Portfolio Recovery Associates, LLC,   POB 12914,
                   Norfolk VA 23541
13949267          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2020 03:59:06
                   Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg, PA 17128-0946
13966934          EDI: Q3G.COM May 13 2020 07:33:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                   PO Box 788,    Kirkland, WA 98083-0788
13994674          EDI: Q3G.COM May 13 2020 07:33:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                   PO Box 788,    Kirkland, WA 98083-0788
13954118          EDI: Q3G.COM May 13 2020 07:33:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
                   PO Box 788,    Kirkland, WA 98083-0788
13949073          EDI: RECOVERYCORP.COM May 13 2020 07:33:00       Recovery Management Systems Corporation,
                   25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13944090         +EDI: RMSC.COM May 13 2020 07:33:00      SYNCB/JC PENNEY,   PO BOX 965007,
                   Orlando, FL 32896-5007
13944091         +EDI: RMSC.COM May 13 2020 07:33:00      SYNCB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
13944092         +EDI: RMSC.COM May 13 2020 07:33:00      SYNCB/SAMS,   PO BOX 965005,    Orlando, FL 32896-5005
13944093         +EDI: RMSC.COM May 13 2020 07:33:00      Syncb/Walmart,   PO BOX 965024,    Orlando, FL 32896-5024
13944094         +E-mail/Text: EBankruptcy@UCFS.NET May 13 2020 04:00:06       United Consumer Fin Svc,
                   865 Bassett Rd,    Westlake, OH 44145-1194
13944095         +EDI: CAPITALONE.COM May 13 2020 07:33:00       WORLD'S FOREMOST BANK,    4800 NW 1ST ST STE 300,
                   Lincoln, NE 68521-4463
14002976          EDI: CAPITALONE.COM May 13 2020 07:33:00       WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,
                   PO BOX 82609,   LINCOLN, NE 68501-2609
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                 4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
cr*            +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                 4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*             JTS Capital 1, LLC,    P O Box 4356,   Dept 1901,   Houston, TX 77210-4356
cr*            +S&T Bank,   355 North 5th Street,    Indiana, PA 15701-1940
13944078*      +Ally Financial,   PO Box 380901,    Minneapolis, MN 55438-0901
15032933*      +Capital One Bank (USA) N.A Cabelas Club Visa,    By American Infosource as agent,
                 4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                              TOTALS: 1, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Brian M. Kile    on behalf of Creditor    JTS Capital 1, LLC bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
```

```
District/off: 0315-2           User: agro                  Page 3 of 3                  Date Rcvd: May 12, 2020
                               Form ID: 3180W              Total Noticed: 53


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James     Warmbrodt      on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis     on behalf of Joint Debtor April L Tatsak ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis     on behalf of Debtor Timothy D Tatsak, Jr ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Richard L. Ames, Esq.    on behalf of Creditor    Armstrong Associates Federal Credit Union
               rlames@gmail.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```